IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kevin Miles                         :
                                    :
            v.                      :         No. 512 C.D. 2016
                                    :
Commonwealth of Pennsylvania,       :
Department of Transportation,       :
Bureau of Driver Licensing,         :
                  Appellant         :

# **O R D E R**

NOW, February 17, 2017, having considered appellee's application for reargument *en banc* and appellant's answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge